# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

RACHELL SANCHEZ, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD,

   *Defendant*.

_____/

**CLASS ACTION**

**Case No. 1:2024-cv-20083**

## PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANT

Pursuant to Fed. R. Civ. P. 55(b), and this Court's February 14, 2024 Order [ECF No. 11] Plaintiff, Rachell Sanchez, moves this Court for a Judgment by Default against Defendant, International Star Registry of Illinois, LTD ("Defendant").

Defendant was served with the summons and a copy of the Complaint on January 15, 2024 [ECF No. 8], but has failed to plead or otherwise defend this action in Court. A copy of the proof of service is attached hereto as **Exhibit A**. Accordingly, on February 13, 2024, the Clerk entered an Entry of Default as to Defendant. [ECF No. 10]. A copy of the Clerk's Entry of Default is attached hereto as **Exhibit B**.

Plaintiff is entitled to an award of damages as calculated in the Declaration of Andrew J. Shamis. As this is a putative class action, Plaintiff also seeks leave to conduct class discovery related to the class size and damages. Plaintiff requires this discovery in aid of execution of judgment pursuant to Fed. R. Civ. P. 69.

A Proposed Entry of Default Judgment, attached hereto as **Exhibit C**, Memorandum of Law in Support of Plaintiff's Motion for Default Judgment, Declaration of Rachell Sanchez, Proof of Mailing of Documents in Support of Plaintiff's Motion for Default Judgment, copies of all the pleadings, a copy of the affidavit of service of the summons and complaint, plus the Certificate of Default from the Clerk of Court have all been filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully moves this Court for Judgment against Defendant by Default on the Claim for Relief set forth in her Complaint as follows:

a) On its Second Claim for Relief, against Defendant, for the sum of $1,000.00, representing the statutory damages in this case with post-judgment interest thereon at the applicable federal rate, from the date of judgment until the date the judgment is satisfied; and

b) Plaintiff is also entitled to class discovery in aid of execution pursuant to Fed. R. Civ. P. 69.

Date: March 5, 2024

Respectfully submitted,

*/s/ Andrew J. Shamis*
Andrew J. Shamis
Florida Bar No. 101754
E-mail: efilings@shamisgentile.com
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served

this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF and a copy of the foregoing was mailed to the last known business address of Defendant at:

INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD
c/o - PETER MOSELE
1461 Paddock Drive
Northbrook, IL 60062

                                **SHAMIS & GENTILE, P.A.**
                                14 NE 1st Ave., Suite 705
                                Miami, FL 33132
                                Telephone (305) 479-2299
                                Facsimile (786) 623-0915
                                Email: efilings@shamisgentile.com

By:    /s/ Andrew J. Shamis
         Andrew J. Shamis, Esq.
         Florida Bar No. 101754

*Counsel for Plaintiff*