UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20083-CIV-DAMIAN

**RACHELL SANCHEZ, individually and on behalf of
all others similarly situated**,

      Plaintiff,

vs.

**INTERNATIONAL STAR REGISTRY OF
ILLINOIS, LTD.,**

      Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal Without Prejudice [ECF No. 26], filed June 10, 2025. The Court notes Defendant has not yet filed an answer or a motion for summary judgment.

THE COURT having reviewed the Notice and being fully advised, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (B), it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE** in accordance with Plaintiff's Notice. Any pending motions are **DENIED AS MOOT**, and any deadlines previously set are **TERMINATED**. The case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 10th day of June, 2025.

                                                     **MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE**